IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MOLLY HAMILTON, *et al.*,

Plaintiffs

v.

HEWLETT-PACKARD COMPANY,

Defendant.

Civil Action No. H-01-287

## JOINT STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by the Plaintiffs, Molly Hamilton and Samuel M. Zygler, and Defendant, Hewlett-Packard Company, as follows:

1. That the time for the Defendant, Hewlett-Packard Company, to respond to the Complaint shall be extended to and include Thursday, March 15, 2001.

_____
Robert J. Mathias (Fed. Bar No. 00253)
Hugh J. Marbury (Fed. Bar No. 024653)

Piper Marbury Rudnick & Wolfe LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000

Attorneys for Defendant

_____
Marc Seldin Rosen

Shar, Rosen & Warshaw, LLC
26 South Street
Baltimore, Maryland 21202
410-962-0400


Leonard A. Orman

The Orman Law Firm
26 South Street
Baltimore, Maryland 21202
410-244-1155

Attorneys for Plaintiffs

SO ORDERED, this 12th day of February, 2001.

_____
Judge, United States District Court